ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 28 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA

v.

TOMAS MARTINEZ-RUBIO,
A/K/A TOMAS RUBIO
MARTINEZ

Criminal Indictment

No.

**4:25 C R 0 39**

THE GRAND JURY CHARGES THAT:

On or about September 8, 2025, in the Northern District of Georgia, the defendant, TOMAS MARTINEZ-RUBIO, A/K/A TOMAS RUBIO MARTINEZ, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General, or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A ___True___ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

*Miachael F. Smith*
MICHAEL F. SMITH
  *Assistant United States Attorney*
Georgia Bar No. 557280
75 Ted Turner Dr. SW
Atlanta, GA 30303
404-581-6000