**U.S. Department of Justice**
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT 28 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Rome
(USAO: 2025R00891)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Whitfield

**DISTRICT COURT NO.** 4:25 CR039

**MAGISTRATE CASE NO.**

X Indictment          Information          Magistrate's Complaint
DATE: October 28, 2025   DATE:              DATE:

**UNITED STATES OF AMERICA**
**vs.**
**TOMAS MARTINEZ-RUBIO**

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

## Defendant Information:

**Is the defendant in custody?**   X Yes   No
**Is the defendant in custody on this charge or other conviction?**   On this charge
**Is the defendant awaiting trial on other charges?**   Yes   X No
    **Other charges:**
    **Name of institution:**

**Will the defendant require an interpreter?** X Yes No
**What language?** Spanish

District Judge:

Attorney: Michael F. Smith
Defense Attorney: