IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

UNITED STATES OF AMERICA           )
                                   )
            vs.                    )        CRIMINAL ACTION NO.
                                   )        4:25-CR-039-WMR-JHR
TOMAS MARTINEZ-RUBIO               )
                                   )

**SECOND PRELIMINARY MOTION TO DISMISS INDICTMENT**

COMES NOW the Defendant, TOMAS MARTINEZ-RUBIO, by and through his undersigned counsel, and files this preliminary motion to dismiss the indictment pursuant to the United States Supreme Court's decision in Pereira v. Sessions, 138 S.Ct. 2108 (2018).   In support of this motion, Mr. Ramirez-Rodriguez states the following.

Mr. Martinez-Rubio is charged by indictment with one count of illegal re-entry after deportation in violation of 8 U.S.C. §§ 1326(a) and (b)(1).   The indictment alleges that Mr. Martinez is an alien to the United States, that he was found in the United States on or about September 8, 2025 after having previously been deported or removed, and that he did obtain the consent of the Attorney General or the Secretary of Homeland Security to return to the United States. (Doc. 1).

1

According to discovery materials, Mr. Martinez-Rubio applied for employment authorization on March 21, 2002, and that application was granted on April 2, 2003.   Mr. Martinez-Rubio also moved to extend or change his non-immigrant status on March 21, 2002.   That application was also granted. Eventually, on April 10, 2006, Mr. Martinez-Rubio submitted an application to register permanent residence or adjust status.   That application was approved.

On September 29, 2008, Mr. Martinez was convicted of simple possession of methamphetamine in the Murray County Superior Court.   The Court sentenced him to serve five years on probation, to pay a fine and fees, and to forfeit a sum of money.

On October 7, 2020, Mr. Martinez-Rubio was served with a notice to appear for a removal proceeding.   The notice states that Mr. Martinez-Rubio was ordered to appear before an immigration judge of the United States Department of Justice at 180 Spring Street, SW, Suite 241, Atlanta, GA 30303 on a date to be set at a time to be set.   A stamp with the name and address of Stewart Detention Facility appears on the notice to appear.   Thus, it appears Mr. Martinez-Rubio may have been detained there at the time the notice was served on Mr. Martinez-Rubio.

In Pereira, the Supreme Court held that a notice to appear must designate the time and place for the hearing in order for the notice to be valid. 138 S.Ct. at 2114-

2116.   In <u>Niz-Chavez v. Garland</u>, 593 U.S. 155, 160-161 (2021), the Supreme Court held that to trigger the stop-time rule referenced in 8 U.S.C. § 1229b(d)(1), "the government must serve a notice containing all the information Congress has specified," including the time and place of the removal hearing. (Punctuation omitted).

In this case, the notice provided to Mr. Martinez-Rubio did not contain the date and time and place for his removal hearing.   Thus, the notice was insufficient to trigger any stop-time rule that is referenced in the Immigration and Nationality Act.   Mr. Martinez-Rubio may have been eligible for relief from deportation, such as through cancellation of removal.   Accordingly, Mr. Martinez-Rubio challenges the validity of the subsequently-issued orders of deportation, as they may have been predicated on a failure to provide Mr. Martinez with relief from deportation for which he qualified.

Mr. Martinez-Rubio requests additional time from the Court to investigate the validity of the prior order of deportation entered against him.   Mr. Martinez-Rubio requests sixty (60) days to investigate this matter and to supplement this motion to dismiss the indictment for invalidity of the prior order of removal.

WHEREFORE, Mr. Martinez-Rubio respectfully requests that this motion be granted.

Dated: This 3rd day of January, 2026.

Respectfully submitted,

*S/ Kendal Silas*
KENDAL SILAS
State Bar No. 645959
Attorney for
TOMAS MARTINEZ-RUBIO

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Preliminary Motion to Dismiss Indictment was formatted in Times New Roman 14pt., in accordance with Local Rule 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following:

> Michael Smith, Esq.
> Assistant United States Attorney
> Northern District of Georgia
> Federal Courthouse, Ste. 600
> 75 Ted Turner Drive, S.W.
> Atlanta, GA 30303

Dated:   This 3rd day of January, 2026.

s/ *Kendal Silas*
KENDAL SILAS, Esq.
Attorney for
TOMAS MARTINEZ-RUBIO